MORRISON | FOERSTER

250 WEST 55TH STREET
NEW YORK, NY  10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BRUSSELS, DENVER,
HONG KONG, LONDON, LOS ANGELES,
NEW YORK, NORTHERN VIRGINIA,
PALO ALTO, SACRAMENTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

June 19, 2019

Writer's Direct Contact
+1 (212) 336.4257
jkaufman@mofo.com

**Via ECF**

The Honorable Judge Frederic Block
United States District Court for the Eastern District of New York
Brooklyn Courthouse
Courtroom 10C S
225 Cadman Plaza East
Brooklyn**,** New York 11201

Re:   *McNeil v. Capital One Bank, N.A.*, No. 1:19-cv-00473

Dear Judge Block:

Pursuant to Rule 2(D) of Your Honor's Individual Practices and Rules and the Court's June 12, 2019 Order granting Defendant's request to file a motion to dismiss pursuant to Federal Rule 12(b)(6) and ordering the parties to submit a proposed briefing schedule for the anticipated motion, the parties hereby jointly propose the following briefing schedule:

- Defendant will serve its motion on or before August 16, 2019;

- Plaintiff will serve his opposition to Defendant's motion on or before September 20, 2019;

- Defendant will serve its reply to Plaintiff's opposition on or before October 18, 2019.

In compliance with Your Honor's Individual Practices and Rules, after the motion is fully briefed, Defendant, as movant, will file all motion papers via ECF and submit courtesy copies of the motion papers to the Court.

Respectfully submitted,

Jessica Kaufman

sf-4035403

MORRISON | FOERSTER

The Honorable Judge Frederic Block
June 19, 2019
Page Two


Cc:     All counsel of record via ECF

sf-4035403