# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOB McNEIL, an individual, on behalf of himself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK, N.A.,<br><br>Defendant. | CASE NO. 1:19-CV-00473 |

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY SUBMITTED IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS COMPLAINT

In further support of their Opposition to Defendant's Motion to Dismiss, Plaintiff submits the recent decisions of *Tannehill v. Simmons Bank*, 3:19-cv-140-DPM (E.D. Ark. Oct. 21, 2019) (attached as Exhibit A), *Garcia v. UMB Bank NA*, No. 1916-CV01874 (Jackson Co., MO Circuit Court Oct. 18, 2019) (attached as Exhibit B) and *Tisdale v. Wilson Bank and Trust*, No. 19-400-BC (Davidson Co. Tenn. Chancery Court Oct. 17, 2019) (attached as Exhibit C).

The *Tannehill, Garcia,* and *Tisdale* opinions all denied motions to dismiss where, as here, the defendant bank promised to assess a single NSF per "item." In doing so, the <u>Tannehill</u> court expressly referred to "the rather complicated ACH rules" that are also at issue here. In short, the decisions are relevant to several arguments advanced by Defendant in support of its motion to dismiss. Therefore, Plaintiff respectfully requests that the Court consider this authority in opposition to Defendant's motion to dismiss.

Dated:  November 6, 2019                             Respectfully submitted,

| | |
|---|---|
| */s/ Steven M. Nathan*<br>Steven M. Nathan<br>Scott Martin<br>**HAUSFELD LLP**<br>33 Whitehall St., 14th Floor<br>New York, NY 10004<br>Telephone: (646) 357-1100<br>Facsimile: (212) 202-4322<br>snathan@hausfeld.com<br>smartin@hausfeld.com | James Pizzirusso (pro hac vice)<br>**HAUSFELD LLP**<br>1700 K St., NW, Ste 650<br>Washington, DC 20006<br>Telephone: 202-540-7200<br>Facsimile: 202-540-7201<br>jpizzirusso@hausfeld.com |

| | |
|---|---|
| Jeffrey D. Kaliel (pro hac vice)<br>Sophia Gold (pro hac vice)<br>**KALIEL PLLC**<br>1875 Connecticut Ave., NW, 10th Floor<br>Washington, DC 20009<br>Telephone: 202-350-4783<br>jkaliel@kalielpllc.com<br>sgold@kalielpllc.com | Hassan A. Zavareei (pro hac vice)<br>Andrea Gold (pro hac vice)<br>**TYCKO & ZAVAREEI LLP**<br>1828 L St NW, Suite 1000<br>Washington, DC 20036<br>Telephone: 202-973-0900<br>Facsimile: 202-973-0950<br>hzavareei@tzlegal.com<br>agold@tzlegal.com<br><br>Jeff Ostrow (pro hac vice)<br>Jonathan M. Streisfeld (pro hac vice)<br>**KOPELOWITZ OSTROW**<br>**FERGUSON WEISELBERG GILBERT**<br>One W. Las Olas Blvd., Suite 500<br>Fort Lauderdale, FL 33301<br>Telephone: 954-525-4100<br>Facsimile: 954-525-4300<br>ostrow@kolawyers.com<br>streisfeld@kolawyers.com<br><br><br>***Attorneys for Plaintiff and the Putative Classes*** |

## CERTIFICATE OF SERVICE

I certify that on November 6, 2019, a true and accurate copy of the foregoing Plaintiff's Notice of Supplemental Authority Submitted in Opposition to Defendant's Motion to Dismiss was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

<i>/s/ Steven Nathan</i>