UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOB MCNEIL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>CAPITAL ONE, N.A.,<br><br>Defendant. | CASE No. 1:19-cv-00473-NRM-TAM |

**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR
<u>PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT</u>**

PLEASE TAKE NOTICE that Plaintiff Bob McNeil, individually and on behalf of all others similarly situated, moves this Court, pursuant to Fed. R. Civ. P. 23, for preliminary approval of a class action settlement. The Settlement Agreement and Releases is concurrently filed as *Exhibit A* to the supporting Memorandum of Law in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement ("Memorandum").

In support of this Motion, Plaintiff relies on the Memorandum and supporting Joint Declaration of Class Counsel attached to the Memorandum as *Exhibit B*.

Plaintiff respectfully requests the Court grant the Motion without a hearing and in doing so set the Final Approval Hearing during the week of April 29, 2024, or on a date as soon thereafter that is available on the Court's calendar.

A proposed order on this Motion is being attached to the Memorandum as *Exhibit C*.

Dated: September 15, 2023                     Respectfully submitted,

By: /s/ Jonathan Streisfeld
Jonathan M. Streisfeld (pro hac vice)          Andrea R. Gold (pro hac vice)
Jeffrey M. Ostrow (pro hac vice)               Hassan Zavareei (pro hac vice)
KOPELOWITZ OSTROW P.A.                         Lauren Kuhlik (pro hac vice)
One West Las Olas Blvd., Suite 500             TYCKO & ZAVAREEI LLP
Fort Lauderdale, FL 33301                      2000 Pennsylvania Avenue NW, Suite 1010
streisfeld@kolawyers.com                       Washington, D.C. 20036
ostrow@kolawyers.com                           agold@tzlegal.com
Telephone: (954) 525-4100                      hzavareei@tzlegal.com
                                               lkuklik@tzlegal.com
Sophia G. Gold (pro hac vice)                  Telephone: (202) 973-0900
KalielGold PLLC
950 Gilman Street, Suite 200                   James Pizzirusso
Berkeley, CA 94710                             HAUSFELD LLP
sgold@kalielgold.com                           888 16th Street N.W., Suite 300
Telephone: (202) 350-4783                      Washington, DC 20006
                                               jpizzirusso@hausfeld.com
Jeffrey D. Kaliel (pro hac vice)               Telephone: (202) 540-7200
KALIELGOLD PLLC
1100 15th Street NW                            Steven M. Nathan
Washington, DC 20005                           Scott Allan Martin
jkaliel@kalielpllc.com                         HAUSFELD LLP
Telephone: (202) 350-4783                      33 Whitehall St., 14th Floor
                                               New York, NY 10004
                                               snathan@hausfeld.com
                                               smartin@hausfeld.com
                                               Telephone: (646) 357-1100

*Counsel for Plaintiff and Putative Settlement Class*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 15, 2023, the foregoing was filed via CM/ECF, which caused a true and correct copy to be served to all counsel of record.

Respectfully submitted,

By: /s/ Jonathan M. Streisfeld
Jonathan M. Streisfeld